*E-FILED - 4/27/10*

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN NABOR ANTIOCO and EFRAIN TELLO RODRIGUEZ,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>POULSEN CONSTRUCTION, INC.; PAUL POULSEN; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. C09-03956 RMW PVT<br><br>========== **ORDER** |

　　　　IT IS HEREBY ORDERED that the deadline to conduct a mediation must occur by July 1, 2010.

　　　　IT IS SO ORDERED.

Dated: __4/27__ 2010

*Ronald M. Whyte*
U.S. DISTRICT COURT JUDGE

605B2454.doc

========== **ORDER**
CASE NO. C09-03956 RMW PVT

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW