*E-FILED - 7/14/10*

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN NABOR ANTIOCO and EFRAIN TELLO RODRIGUEZ,<br><br>  Plaintiffs,<br><br>v.<br><br>POULSEN CONSTRUCTION, INC.; PAUL POULSEN; and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO. C09-03956 RMW PVT<br><br>[XXXXXXXX **ORDER** |

IT IS HEREBY ORDERED that the deadline to conduct a mediation is continued to August 2, 2010.

IT IS SO ORDERED.

Dated: __7/14__ 2010

*Ronald M. Whyte*
U.S. DISTRICT COURT JUDGE

605B2454.doc

[XXXXXX **ORDER**
CASE NO. C09-03956 RMW PVT

TINGLEY PIONTKOWSKI LLP
ATTORNEYS AT LAW