| | |
|---|---|
| ADAM WANG, Bar No. 201233<br>ADAM PEDERSEN, Bar No. 261901<br>LAW OFFICES OF ADAM WANG<br>12 South First Street, Suite 708<br>San Jose, CA 95113<br>Tel:  (408) 292-1040<br>Fax:  (408) 416-0248<br>waqw@sbcglobal.net | ***E-FILED - 1/12/11*** |

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIOCO, et. al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>POULSEN CONSTRUCTION INC., et. al.,<br><br>          Defendants | **Case No.: 5:09-cv-3956-RMW**<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE & [] ORDER THEREON |

    Parties, through counsel, stipulate as follows:

    1.    Parties have reached a settlement with respect to all claims of all Plaintiffs against all Defendants in this case.

    2.    As such, Parties hereby stipulate to a dismissal of this action in its entirety with prejudice.

    3.    The Parties ask that the Court retain jurisdiction over this case for the purpose of enforcing the settlement agreement.

RESPECTFULLY SUBMITTED,

---

| | | |
|---|---|---|
| Dated:  January 7, 2011 | By: | /s/ Adam Pedersen |
| | | ADAM PEDERSEN |
| | | Attorney for Plaintiffs |
| Dated:  January 7, 2011 | By: | /s/ Bruce Piontkowski |
| | | BRUCE PIONTKOWSI |
| | | Attorney for Defendants |

**ORDER**

Pursuant to the terms of Parties' stipulation, IT IS SO ORDERED.

Dated:  1/12/11 ,          /s/ Ronald M. Whyte
                                    Hon. R. M. Whyte
                                    United States District Court Judge